**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 43 WAL 2014
                                                          :
                               Respondent   :
                                                          : Petition for Allowance of Appeal from the
                                                          : Order of the Superior Court
                      v.                            :
                                                          :
                                                          :
                                                          :
ZAAMAR B. STEVENSON,            :
                                                          :
                               Petitioner     :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 7th day of October, 2014, the Petition for Allowance of Appeal is

**DENIED**.